UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

UNITED STATES OF AMERICA,

           -against-

Jamal Trent a/k/a Trap Smoke

                             Defendant(s).
---------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20 -CR- 626 ( ) ( )

Defendant Jamal Trent hereby voluntarily consents to participate in the following proceeding via videoconferencing and/or teleconferencing:

X     Initial Appearance Before a Judicial Officer

X     Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

X     Bail/Detention Hearing

X     Conference Before a Judicial Officer

_____  12.1.2020
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Jamal Trent
_____
Print Defendant's Name

_____  12.1.2020
Defendant's Counsel's Signature

Scott B. Tulman
_____
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

12/1/2020
_____
Date

_____
Judith C. McCarthy
U.S. District Judge/U.S. Magistrate Judge