# UNITED STATES DISTRICT COURT
THE CHARLES L. BRIEANT, JR.
FEDERAL BUILDING AND UNITED STATES COURTHOUSE
3OO QUARROPAS ST.
WHITE PLAINS, NEW YORK 10601
914-390-4251

Chambers of
**Hon, Paul E. Davison**
United States Magistrate Judge

```
USDC SDNY
Document
Electronically Filed
Doc # _____
Date Filed: March 29, 2021
```

United States District Court
Southern District of New York
-----------------------------------------------------------X
United States of America,

                Plaintiff               **SCHEDULING ORDER**

      -against-                       7:20-cr-000626-PMH-18

Jamal Trent
                Defendant
-----------------------------------------------------------X

TO ALL PARTIES:

The Court has scheduled an Change of Counsel hearing for 4/1/2021 at 1 pm before Magistrate Judge Paul E. Davison. To access the conference, counsel should call 877-336-1839 and use access code 5999739. Members of the press and public may call the same number, but will not be permitted to speak during the conference.

Dated:  March 29, 2021
         White Plains, New York

                                            SO ORDERED:

                                            s/      PED

                                            PAUL E. DAVISON
                                            United States Magistrate Judge