UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

               -against-

Jamal Trent

               Defendant(s).
-------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

7:20-cr-00626-PMH

Defendant Jamal Trent hereby voluntarily consents to participate in the following proceeding via ☒ videoconferencing or ☒ teleconferencing:

☐    Initial Appearance Before a Judicial Officer

☐    Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

☐    Guilty Plea/Change of Plea Hearing

☐    Bail/Detention Hearing

☒    Conference Before a Judicial Officer - Assignment of Counsel

_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

JAMAL TRENT
Print Defendant's Name

_____
Defendant's Counsel's Signature

Scott S. Tulman
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

4/1/21
Date

_____
U.S. District Judge/U.S. Magistrate Judge