> Application granted. The VOSR status conference scheduled for March 26, 2026 is adjourned to April 20, 2026 at 12:00 p.m. The Clerk of Court is respectfully directed to terminate the pending letter-motion (Doc. 1042).
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>          March 19, 2026

Honorable Philip M. Halpern
United States District Judge
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

> Re:    *United States v. Jamal Trent*
>          20 Cr. 626 (PMH)

Dear Judge Halpern:

I represent Mr. Jamal Trent, the above-referenced defendant, in a Violation of Supervised Release proceeding currently scheduled for March 26, 2026. This correspondence is submitted to respectfully request an adjournment of the matter to April 15, 2026, or thereafter.

As the Court is aware, Mr. Trent has a case pending in Village Court of the Village of Monticello, Sullivan County. The case is scheduled for arraignment on March 24, 2026. We respectfully submit that an adjournment of this matter to April 15, 2026, or thereafter is sensible so that the parties will have up-to-date information on the case, and the additional time will allow for a possible resolution of the matter. As per my communications with A.U.S.A. Kathryn Wheelock, both the Government and Probation consent to this request. Bad dates include April 21, and after May 1 (when I will be out of the office).

We thank the Court for its consideration.

*Respectfully submitted,*

/s/ *Richard J. Ma*

Richard J. Ma, Esq.
Counsel to Jamal Trent

cc via e-mail:  A.U.S.A. Kathryn Wheelock