Application granted. The VOSR status conference scheduled for
April 20, 2026 is adjourned to June 15, 2026 at 12:00 p.m. The
Clerk of Court is respectfully directed to terminate the pending
letter-motion (Doc. 1046).

SO ORDERED.

_____
Philip M. Halpern
United States District Judge

Dated:  White Plains, New York
         April 16, 2026

Honorable Philip M. Halpern
United States District Judge
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

                    Re:    *United States v. Jamal Trent*
                           20 Cr. 626 (PMH)

Dear Judge Halpern:

    I represent Mr. Jamal Trent, the above-referenced defendant, in a Violation of
Supervised Release proceeding currently scheduled for April 20, 2026.  This corre-
spondence is submitted to respectfully request an adjournment of the matter to June
15, 2026, or thereafter.

    As the Court is aware, Mr. Trent has a case pending in Village Court of the Vil-
lage of Monticello, Sullivan County.  The case is scheduled for appearance on May 26,
2026.  We respectfully submit that an adjournment of this matter to June 15, 2026, or
thereafter is sensible so that the parties will have up-to-date information on the case,
and the additional time will allow for a possible resolution of the matter.  As per my
communications with A.U.S.A. Kathryn Wheelock, the Government consents to this
request.

    We thank the Court for its consideration.

                                                 *Respectfully submitted,*

                                                 /s/ *Richard J. Ma*

                                                 Richard J. Ma, Esq.
                                                 Counsel to Jamal Trent

cc via e-mail:  A.U.S.A. Kathryn Wheelock